26 mj 729 SGE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDVILE VAIDOTO EDMUNDS,

Defendant.

**INDICTMENT**

18 U.S.C. § 611

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
**(Voting by Alien)**

On or about November 8, 2022, in the State and District of Minnesota, the defendant,

**EDVILE VAIDOTO EDMUNDS**,

an alien, fully knowing that she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, United States Senator, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON

SCANNED
SEP 2 4 2026
U.S. DISTRICT COURT MPLS